UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL DANIELS,

                Petitioner,

    -against-

MELVIN HOLLINS,

               Respondent.
-------------------------------------------------------------X

JUDGMENT
02-CV- 4495 (FB)

      A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on January 11, 2006, denying the petition for a writ of habeas corpus; and ordering that a Certificate of Appealability will not issue; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that a Certificate of Appealability will not issue.

Dated: Brooklyn, New York
        January 12, 2006

                                                          ROBERT C. HEINEMANN
                                                          Clerk of Court